FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 2 3 2019 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

YELENA PILOSOVA, on behalf of herself and all other similarly situated consumers,

        Plaintiffs,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.

Case No. 1:18-cv-03710-SJ-ST

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

SO ORDERED
On this 22 day of January, 2019

/s/(SJ)
STERLING JOHNSON, JR. U.S.D.J.

Dated: Brooklyn, New York
        September 12, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Matthew B. Corwin
Matthew B. Corwin, Esq
Hinshaw & Culbertson LLP
800 Third Ave, 13th Floor
New York, NY 10022
Tel: (212) 471-6220
MCorwin@hinshawlaw.com
*Attorney for Defendant*